Certificate Number: 05781-NYN-DE-041191218

Bankruptcy Case Number: 26-60408



05781-NYN-DE-041191218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 11:17 o'clock AM PDT, Kerry Obrien completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date:   July 10, 2026                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President